UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICO MENEFEE,

        Petitioner,

                                  CASE NO. 2:09-CV-10605
v.                                   HONORABLE BERNARD A. FRIEDMAN

PATRICIA BARNHART,

        Respondent.
_____/

## **JUDGMENT**

The above-entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, Honorable Bernard A. Friedman, United States District Judge, presiding, and in accordance with the Opinion and Order entered on this date;

**IT IS ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus is **DISMISSED WITH PREJUDICE.**


                                                    DAVID J. WEAVER
                                                    CLERK OF THE COURT

                              BY:    _s/Carol Mullins_____
                                                DEPUTY COURT CLERK

Dated: October 23, 2009